**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | VeroBlue Farms USA, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1778334 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **401 Des Moines St**<br>**Webster City, IA 50595**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hamilton**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **http://verobluefarms.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **VeroBlue Farms USA, Inc.** _____   Case number *(if known)* _____
             Name

**7.** **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_**1125**_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **VeroBlue Farms USA, Inc.**                                          Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in**    *Check all that apply:*
      ***this district?***

      ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**      ☐ No
      **have possession of any**
      **real property or personal**   ☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard? _____

                                      ☐ It needs to be physically secured or protected from the weather.

                                      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ■ Other    **Debtor has a significant inventory of living fish.**

                                      **Where is the property?**    **401 Des Moines St**
                                                                    **Webster City, IA, 50595-0000**

                                                                    Number, Street, City, State & ZIP Code

                                      **Is the property insured?**

                                      ☐ No

                                      ■ Yes.    Insurance agency    **Town & Country Insurance**

                                                Contact name    **Justin Malloy  jmalloy@tcins.com**

                                                Phone    **515-832-3789**

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
      **available funds**
                                   ☐ Funds will be available for distribution to unsecured creditors.

                                   ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
      **creditors**             ■ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**    ■ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**    ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000         ■ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | **VeroBlue Farms USA, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 20, 2018**
MM / DD / YYYY

**X** /s/ Norman McCowan                       Norman McCowan
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** /s/ Joseph A. Peiffer                    Date **September 20, 2018**
Signature of attorney for debtor                  MM / DD / YYYY

**Joseph A. Peiffer AT0006160**
Printed name

**Ag & Business Legal Strategies**
Firm name

**PO Box 11425**
**Cedar Rapids, IA 52410**
Number, Street, City, State & ZIP Code

Contact phone   **319-363-1641**      Email address   **joe@ablsonline.com**

**AT0006160 IA**
Bar number and State

---

Debtor   **VeroBlue Farms USA, Inc.**
         Name                                                                    Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number (*if known*) _____     Chapter   **11**

☐ Check if this an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor | **Iowa's First, Inc.** | | | | Relationship to you | | **Affiliate** |
| District | **Northern District of Iowa** | When | **9/21/18** | | Case number, if known | | **Unknown** |
| Debtor | **VBF IP, Inc.** | | | | Relationship to you | | **Affiliate** |
| District | **Northern District of Iowa** | When | **9/21/18** | | Case number, if known | | **Unknown** |
| Debtor | **VBF Operations, Inc.** | | | | Relationship to you | | **Affiliate** |
| District | **Northern District of Iowa** | When | **9/21/18** | | Case number, if known | | **Unknown** |
| Debtor | **VBF Transport, Inc.** | | | | Relationship to you | | **Affiliate** |
| District | **Northern District of Iowa** | When | **9/21/18** | | Case number, if known | | **Unknown** |

## SPECIAL MEETING OF BOARD OF DIRECTORS OF
## VBF TRANSPORT, INC.

A special meeting of the board of directors of VBF TRANSPORT, INC. was duly held on the 20th day of September, 2018. Notice of the special meeting was waived by the undersigned Directors.

The meeting was duly called to order by Norman McCowan, President of VBF Transport, Inc. For several reasons, Norman McCowan recommended that VBF Transport, Inc. commence a Chapter 11 bankruptcy case under the U.S. Bankruptcy Code, retain professionals to proceed with the Chapter 11 proceeding, and file other documents necessary or helpful to the Chapter 11 case. Accordingly, the following resolutions were adopted:

> BE IT RESOLVED that VBF Transport, Inc. is authorized to commence a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Northern District of Iowa; and

> BE IT FURTHER RESOLVED that the President of VBF Transport, Inc. is authorized to execute all documents necessary to commence a Chapter 11 case in the United States Bankruptcy Court for the Northern District of Iowa; and

> BE IT FURTHER RESOLVED that the President of VBF Transport, Inc. is authorized to execute a petition for relief under Chapter 11; and

> BE IT FURTHER RESOLVED that VBF Transport, Inc. is authorized to retain the attorneys of Ag & Business Legal Strategies, P.C. of Hiawatha, Iowa, and Elderkin & Pirnie, PLC to represent VBF Transport, Inc. in the Chapter 11 case; and

> BE IT FURTHER RESOLVED that VBF Transport, Inc. is authorized to retain Moglia Advisors of Schaumburg, IL as its CRO in the Chapter 11 case; and,

> BE IT FURTHER RESOLVED that VBF Transport, Inc. is authorized to execute any documents and do such things as are reasonable and necessary for the Chapter 11 case of VBF Transport, Inc.; and,

> BE IT FURTHER RESOLVED that the Directors hereby ratify, approve, and confirm in all respects all actions taken on behalf of VBF Transport, Inc. by any director, shareholder, agent or attorney of, or acting on behalf of, VBF Transport, Inc. heretofore and in connection with the foregoing resolutions.

1

There being no further business to come before the Directors, the meeting was duly adjourned.

**VBF Transport, Inc.,** a Deleware Corporation

By:  /s/ Alan Sutherland_____
     Alan Sutherland, Director

By:  /s/ Edward J. Kerzner_____
     Edward J. Kerzner, Director

2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | VeroBlue Farms USA, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Agsource Cooperative Services PO Box 930230 Verona, WI 53593-0230 | agsacctrecievable@ agsource.com 844/739-7846 | Water Testing | | | | $9,281.25 |
| Baker McKenzie Zurich 8034 Zurich SWITZERLAND | www.bakermckenzi e.com 41 44 384 1414 | Professional fees -- Legal | | | | $40,272.28 |
| Beltana Transport, LLC PO Box 753863 Memphis, TN 38175 | Andy Beltana 901/849-4494 | Fuel Surcharge | | | | $25,003.00 |
| Broadmoor Financial, L.P. 8100 E. 22nd Street Building 500 Suite 1000 Wichita, KS 67226 | Roy Baker (316) 681-5107 Roy.baker@bmflp.c om | Under-secured lender | | $53,803,271.65 | $6,000,000.00 | $47,803,271.65 |
| Cassels Brock 2100 Scotia Plaza 40 King Street W Toronto, ON M5H 3C2 CANADA | Amid Ismaili 416-860-6557 | Legal Services | | | | $215,699.97 |
| Christine Huynh 401 Des Moines Webster City, IA 50595 | Christine.huynh@ve robluefarms.com 515/835-6229 | PTO: $7,860.00, Accrued Wages: $3,846.15 | | | | $11,746.15 |
| Curtis Johnson 613 CEDAR ST Webster City, IA 50595 | Curtis Johnson curtis.johnson@ve robluefarms.com 319/530-0677 | PTO: $6992, Accrued Wages: $1538.46 | | | | $8,530.46 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | VeroBlue Farms USA, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Davies Collison Cave Law Pty Ltd Trust A 1 Nicholas Street Melbourne, VIC 3000 AUSTRALIA | law@davies.au 61 3 9254 2888 | Professional Fees – Legal | | | | $34,786.36 |
| Foodmix Marketing Communications 103 West Arthur Street Elmhurst, IL 60126 | Alana Heber aheber@foodmix.net 630/366-7506 | Marketing | | | | $70,775.29 |
| Hutcheson Engineering Products Inc. 6405 John J Pershing Dr Omaha, NE 68112 | hutchesonengineering.com 402/455-2000 | Waste Water Treatment Plant | | | | $27,462.21 |
| Jackson Walker LLP P.O. Box 130989 Dallas, TX 75313-0989 | Rick Dahlson rdahlson@jw.com 214/953-5896 | Professional Fees -- Legal | | | | $53,914.42 |
| Johnstone Supply 2701 Ford St Ames, IA 50010 | Billing Dept. www.johnstonesupply9.com 515/233-5596 | Building Materials | | | | $14,924.96 |
| Katie Olson 1610 HAVEN PLACE Allen, TX 75002 | Katie Olson katie.olson@verobluefarms.com 972-984-9469 | PTO: $6840, Accrued Wages: $1538.46 | | | | $8,378.46 |
| Norman McCowan 401 Des Moines Webster City, IA 50595 | Norman McCowan Norman.mccowan@verobluefarms.com | PTO: $19,200.00, Accrued Wages: $4807.69 | | | | $24,007.69 |
| Phillip L Sheets LTD 7632 Jefferson Rd Belleville, IL 62221 | Phillip Sheets westhavengarde@sbcglobal.net 618/530-6000 | Breached Lease Agreement | | | | $416,000.00 |
| PWC P.O. Box 952282 Dallas, TX 75395 | Kyle Roggensack kyle.r.roggensack.us.pwc.com 720/931-7852 | Professional Fees Accounting | | | | $61,400.00 |
| Sanchez Welding 3617 Hendrick Dr Plano, TX 75074 | Daniel Sanchez sanchezsonswelding@yahoo.com 214/460-0977 | Welding | | | | $23,000.00 |

Debtor    **VeroBlue Farms USA, Inc.**                              Case number *(if known)*
_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wastewater Technologies LLC 280 Mallard Loop Whitefish, MT 59937** | **Don Ricketts** donald.ricketts@wwtllc.com 540/468-3128 | **Waste Water Treatment Plant** | | | | $147,115.66 |
| **Westfield Insurance Group PO Box 59838 Schaumburg, IL 60159-0838** | **T. Snoddy** collections@westfieldgrp.com 800/243-0210 | **Workers Comp. Insurance Audit** | | | | $122,524.49 |
| **William Turk 5621 Valhalla Drive North Richland Hills, TX 76180** | Will Turk Wturk52@yahoo.com 682/249-0732 | Professional - Consulting | | | | $8,062.25 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Iowa

In re   **VeroBlue Farms USA, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **573003 BC LTD**<br>**c/o #598 999 Canada Place**<br>**Vancouver, BC V6C 3E2**<br>**Canada** | **Common** | **25,000** | |
| **Alcaron Capital Corp.**<br>**6015 Alma St**<br>**Vancouver, BC  V6N-1Y3**<br>**Canada** | **Common** | **1,500,000** | |
| **Alder Aqua Ltd.**<br>**131 Front Street**<br>**Hamilton HM  12**<br>**Bermuda** | **Common** | **2,500,000** | |
| **Alder Aqua Ltd.**<br>**131 Front Street**<br>**Hamilton HM  12**<br>**Bermuda** | **Preferred** | **44,585,714** | |
| **Bjorn Thelander**<br>**Gundoldingenstrasse 9**<br>**Lucerne 6006**<br>**Switzerland** | **Common** | **100,000** | |
| **Countryman Investments Ltd**<br>**Suite 520-885 Dunsmuir Street**<br>**Vancouver, BC V6N 1Y3**<br>**Canada** | **Common** | **517,778** | |
| **Courtney J King Revocable Trust**<br>**4529 Dayton West Rd**<br>**Chico, GA 95928** | **Common** | **48,889** | |
| **Dan Barnholden**<br>**666 Burrard**<br>**33rd Floor**<br>**Vancouver, BC V6C2X8**<br>**Canada** | **Common** | **68,333** | |
| **David A & Deborah L Dodgen**<br>**1012 N. 12th Stree**<br>**Humboldt, IA 50548** | **Common** | **53,333** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:    **VeroBlue Farms USA, Inc.**                                    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David LePoidevin**<br>**3300-666 Burrard St**<br>**Vancouver, V6C-2X8**<br>**Canada** | **Common** | **34,167** | |
| **Fish Dish, LLC**<br>**4501 Prairie Parkway**<br>**Cedar Falls, IA 50613** | **Preferred** | **6,000,000** | |
| **Gregory Pearl**<br>**3900 Stonebridge Drive**<br>**Dallas, TX 75204** | **Common** | **668,889** | |
| **Hodgkinson Equities Corp**<br>**c/o #598 999 Canada Place**<br>**Vancouver, BC V6C 3E1**<br>**Canada** | **Common** | **75,000** | |
| **Jens Haarkoetter**<br>**Weststrasse 3**<br>**Baar 6340**<br>**Switzerland** | **Common** | **100,000** | |
| **Keith Neumeyer**<br>**Vorstadt 30**<br>**Zug 6300**<br>**Switzerland** | **Common** | **100,000** | |
| **Simkor Investments, LTD,**<br>**3200-1021 West Hastings St**<br>**Vancouver, BC V6E-0C3**<br>**Canada** | **Common** | **273,333** | |
| **SNB Farms Partinership**<br>**2062 Kantor Ave**<br>**Webster City, IA 50034** | **Common** | **185,278** | |
| **The Robert R Titley Living Trust DTD 5/9**<br>**6316 Jocelyn Hollow Rd**<br>**Nashville, TN 37205** | **Common** | **32,222** | |
| **Timothy J Finucan Living Trust DTD 5/1/2**<br>**2245 Beach St.**<br>**Webster City, IA 50595** | **Common** | **496,667** | |
| **VeroBlue Farms, Inc.**<br>**40 King Street West, Suite 2100**<br>**Toronto ON M5H 3C2**<br>**CANADA** | **Common** | **28,914,814** | |

List of equity security holders consists of 3 total page(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re: **VeroBlue Farms USA, Inc.** _____    Case No. _____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **VeroBlue Farms, Inc.**<br>**10th Ave SW, Suite 200**<br>**Calgary AB T2R 0A5**<br>**CANADA** | **Address of Directors** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **September 20, 2018** _____    Signature  **/s/ Norman McCowan** _____
                                                                    **Norman McCowan**


_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

John Waters
Collections Section, 3rd Floor
Department of Revenue and Finance
PO Box 10457
Des Moines, IA 50306


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


ABC Phones of North Carolina, Inc.
2317 Superior St.
Webster City, IA 50595-3165


Adam Bean
1919 WILLSON AVE.
Webster City, IA 50595


Agsource Cooperative Services
PO Box 930230
Verona, WI 53593-0230


Alex Otero
913 WOOLSEY AVE
Webster City, IA 50595


Baker McKenzie Zurich
8034 Zurich
SWITZERLAND


Bartlett & West
P.O. Box 653
Wichita, KS 67201


Beltana Transport, LLC
PO Box 753863
Memphis, TN 38175

Brenton Gustofson
1427 CHAMPA ST.
PO Box 427
Boone, IA 50036


Broadmoor Financial, L.P.
8100 E 22nd Street
Building 500
Suite 1000
Wichita, KS 67226


Brown & Joseph, LTD
PO Box 59838
Schaumburg, IL 60159-0838


Capitol Corporate Services, Inc.
PO Box 1831
Austin, TX 78767


Carlos Valle
1122 BANK STREET
Webster City, IA 50595


Cassels Brock
2100 Scotia Plaza
40 King Street W
Toronto, ON M5H 3C2
CANADA


Centre Technologies Inc
16801 Greenspoint Park Drive
Suite 200
Houston, TX 77060


Centre Technologies, Inc
16801 Greenspoint Park Drive
Suite 200
Houston, TX 77060

Chad Vogelbacher
1011 SUMMIT DRIVE
Webster City, IA 50595


Christine Huynh
1507 WILLSON STREET
Webster City, IA 50595


Curtis Johnson
613 CEDAR ST
Webster City, IA 50595


Davies Collison Cave Law Pty Ltd Trust A
1 Nicholas Street
Melbourne, VIC 3000
AUSTRALIA


Deloitte Tax LLP
2200 Ross Avenue
Dallas, TX 75201


Ethan Sorenson
110 CHRISTIAN-PETERSEN AVE
Gilbert, IA 50105


Fairview Rental Properties, LLC
3369 Premier Drive
#100
Plano, TX 75023


Foodmix Marketing Communications
103 West Arthur Street
Elmhurst, IL 60126


Garrett Underwood
435 DECKER ST
Jewell, IA 50130

Grace Nelson
3317 STAGECOACH RD.
Stratford, IA 50249


GreatAmerica Financial Services
PO Box 660831
Dallas, TX 75266-0831


GreatAmerica Financial Services Corp.
625 First Street SE
PO Box 609
Cedar Rapids, IA 52406-0609


HDR Engineering
8404 Indian Hills Drive
Omaha, NE 68114


Hutcheson Engineering Products Inc.
6405 John J Pershing Dr
Omaha, NE 68112


IntraFish Media AS
Dept 3507
PO Box 123507
Dallas, TX 75312-3507


Iowa's First, Inc.
401 Des Moines Street
Webster City, IA 50595


Jackson Walker LLP
P.O. Box 130989
Dallas, TX 75313-0989


Jacob Lauver
2061 - 310TH ST
Rockwell City, IA 50579

Jasmine Moore
1200 Bank Street
Webster City, IA 50595


Javier Mora Malpica
1515 JAMES STREET
Webster City, IA 50595


Jennie Williams
620 BREWER ST
Webster City, IA 50595


Johnstone Supply
2701 Ford St
Ames, IA 50010


Jon Buchfinck
705 FAIR MEADOWS DR
Webster City, IA 50595


Jose Garcia
1212 WATER ST.
Webster City, IA 50595


Josefina Paz
1515 JAMES STREET
Webster City, IA 50595


Joseph Rezek
622 2nd Street
Apt 4
Webster City, IA 50595


Katie Olson
1610 HAVEN PLACE
Allen, TX 75002

Koflo Corporation
309 Cary Point Drive
Cary, IL 60013


Les Wulf
44 Ocean Dr
Gun Barrell City, TX 75156


Linda Delgado
913 WOOSLEY AVE
Webster City, IA 50595


Lynne Chalfant
1855 280TH STREET
Webster City, IA 50595


Marco Van Den Berg
32 Tanio
Bugalido
Ames, LaCourna 15895


Matt Broadbeck
6417 MAPLE ST
Indianapolis, IN 46236


Michele Chalfant
1855 280TH ST
Webster City, IA 50595


Midland Scientific
1202 So. 11th Street
Omaha, NE 68108


Mitchell Downs
3317 STAGECOACH RD.
Stratford, IA 50249

Montana Sour
120 12TH STREET
Boone, IA 50036


NetSuite
2955 Campus Dr.
Ste. 100
San Mateo, CA 94403


Nextep
1800 N Interstate Drive
Norman, OK 73072


NMC Exchange LLC
PO Box 911784
Denver, CO 80291


Norman McCowan
1700 2ND STREET W
Webster City, IA 50595


Pitney Bowes
4350 121st St
Urbandale, IA 50323


PWC
P.O. Box 952282
Dallas, TX 75395


Randy Chalfant
1855 280TH ST
Webster City, IA 50595


Richard A Gump, Jr. PC
13355 Noel Rd. LB 39
Dallas, TX 75240

Rojo Gonzalez Manufacturing
Jose Lopez Portillo 2623
67190 Guadalupe, N.L.
MEXICO


Samuel Nutting
108 PINE ST
Williams, IA 50271


Sanchez Welding
3617 Hendrick Dr
Plano, TX 75074


Scott Gustofson
1115 11TH ST.
Boone, IA 50036


SNB Farms Partnership
2062 Kantor Avenue
Webster City, IA 50595


Thomas Reynolds
1601 LYNX AVE
Apt 6
Webster City, IA 50595


Timothy Gillette
1328 LOCUST STREET
Webster City, IA 50595


Tracy Arbanas
24759 TX Hwy 77 W
Naples, TX 75568


Troy Duffy
626 CEDAR STREET
Webster City, IA 50595

TSX Trust Company
301 - 100 Adelaide Street West
Toronto, ON M5H 4H1
CANADA


Twin City Fan and Blower Co.
5959 Trenton Lane N
Minneapolis, MN 55442-3237


United Rentals
PO Box 840514
Dallas, TX 75284-0514


USA Datafax, Inc.
821 Jupiter Rd. #407
Dallas, TX 75074


VBF IP, Inc.
401 Des Moines St.
Webster City, IA 50595


VBF Operations, Inc.
401 Des Moines Street
Webster City, IA 50595


VBF Transportation, Inc.
401 Des Moines Street
Webster City, IA 50595


Verizon
PO Box 660108
Dallas, TX 75266-0108


Wastewater Technologies LLC
280 Mallard Loop
Whitefish, MT 59937

Wells Fargo
300 Tri-State International
Suite 400
Lincolnshire, IL 60069


Wells Fargo Bank
101 S. Locust St.
Denton, TX 76201


Westfield Insurance Group
PO Box 59838
Schaumburg, IL 60159-0838


William Turk
5621 Valhalla Drive
North Richland Hills, TX 76180


Zalaco, LLC
6404 Trieda Drive
Melbourne, FL 32940

# United States Bankruptcy Court
## Northern District of Iowa

In re    **VeroBlue Farms USA, Inc.**        Case No.

                                 Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **VeroBlue Farms USA, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alder Aqua Ltd.**
**131 Front Street**
**Hamilton HM  12**
**Bermuda**

**VeroBlue Farms, Inc.**
**40 King Street West, Suite 2100**
**Toronto ON M5H 3C2**
**CANADA**

**VeroBlue Farms, Inc.**
**10th Ave SW, Suite 200**
**Calgary AB T2R 0A5**
**CANADA**

☐ None [*Check if applicable*]

**September 20, 2018**                **/s/ Joseph A. Peiffer**

Date                                    **Joseph A. Peiffer AT0006160**

Signature of Attorney or Litigant
Counsel for   **VeroBlue Farms USA, Inc.**

**Ag & Business Legal Strategies**
**PO Box 11425**
**Cedar Rapids, IA 52410**
**319-363-1641 Fax:319-200-2059**
**joe@ablsonline.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy