# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| VeroBlue Farms USA, Inc.<br>VBF Operations, Inc.<br>VBF Transport, Inc.<br>VBF IP, Inc.<br>Iowa's First, Inc. | Case No. 18-01297<br>Case No. 18-01298<br>Case No. 18-01299<br>Case No. 18-01300<br>Case No. 18-01301 |
| Debtors. | MOTION FOR JOINT ADMINISTRATION |

The Debtors in the above captioned cases, through their undersigned counsel, for their motion for Joint Administration, respectfully state:

1. On or about September 21, 2018, the above captioned Debtors filed their petitions for relief under Chapter 11 of Title 11 of the United States Code (the " Bankruptcy Code" or "The Code") and are currently operating as Debtors In Possession pursuant to the authority of §§ 1107 & 1108 of The Code.

2. All of the above captioned Debtors are "Affiliates" as that term is defined in §101(2) of The Code and have conducted their business in concert, prepetition.

3. The only Debtors with active business operations are VeroBlue Farms USA, Inc. and Iowa's First, Inc. The other entities have had or currently have affiliated roles in the business operations.

4. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, all of the above captioned cases should be jointly administered to promote the interests of justice and to avoid unnecessary costs and delay.

WHEREFORE, all of the above captioned Debtors respectfully request that the Court enter orders directing Joint Administration of the cases. Debtors request such additional or alternative relief as the Court deems just and equitable under the circumstances.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES, P.C.


/s/ Joseph A. Peiffer
Joseph A. Peiffer AT0006160
PO Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone: (319) 363-1641
FAX: (319) 200-2059
E-mail: Joe@ABLSOnline.com

ELDERKIN & PIRNIE, P.L.C.


/s/ Dan Childers
Dan Childers    LI0007535
316 Second Street SE, Suite 124
P.O. Box 1968
Cedar Rapids, IA  52406-1968
Phone:  (319) 362-2137
dchilders@elderkinpirnie.com
Attorneys for the Debtor-In-Possession

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that a copy of this document was served upon, mailed, or delivered to counsel of record, debtor and other parties of interest listed on the attached sheet not served by the Bankruptcy Court's electronic noticing system in compliance with Bankruptcy Rules 7004 and 9014 on the 21st day of September 2018.

Signed:  /s/ Alecia Harrison

Copies to:

Roy Baker
c/o Broadmoor Financial, L.P.
8100 E 22nd Street
Building 500
Suite 1000
Wichita, KS 67226

Leland Cook
c/o Cablevey Conveyors
P.O. Box 148
Oskaloosa, IA 52577-0148

Jake Hilton
c/o CEC Electric
34th St. NW
Ft. Dodge, IA 50501

John Hawkins
City of Webster City – Utility Office
P.O. Box 217
Webster City, IA 50595-0217

Paul Ludwig
c/o FM Controls, Inc.
3226 180th Street
Duncombe, IA 50532

Matt Gerkins
c/o Grant Thornton
1717 Main Street
Suite 1800
Dallas, TX 75201

First State Bank/UMB
P.O. Box 419734
Kansas City, MO

Tom Graft
c/o ISG
115 E Hickory Street
Suite 300
Mankato, MN 56001

McDonald Supply

1914 E Lincolnway Avenue
Ames, IA 50010

Midwest Manure Management
11815 130th Street
Swaledale, IA 50477

Bill Harris
c/o Optimal Fish Food, LLC
2324 10th Street
APT 202
Brookings, SD 57006

Orscheln Farm & Home
1800 Overcenter Drive
Moberly, MO 65270

Packard Electric, Inc.
PO BOX 285
HWY 69 S
Belmond, IA 50421

Phillip Sheets
c/o Phillip L. Sheets, LTD.
7632 Jefferson Road
Belleville, IL

Select Propane & Fuel Inc
P.O. Box 125
Red Bud, IL 62278

Jackie Zimmerman
c/o Skretting
712 East 2400 North
Tooele, UT 84074

Kevin Coats
c/o Tropic Star Seafood
3620 Ventura Drive East
Lakeland, FL 33811

Donald Ricketts
c/o Wastewater Technologies, LLC
P.O. Box 737
Monterrey, VA 24465

T. Snoddy
c/o Westfield Insurance
P.O. Box 9001566
Loiusville, KY 40290-1566

Mike Isley
c/o Eldon C Stutsman, Inc.
P.O. Box 250
Hills, IA 52235

Agsource Cooperative Services
PO Box 930230
Verona, WI
53593-0230

Baker McKenzie
Zurich
8034 Zurich
SWITZERLAND

Beltana Transport,
LLC
PO Box 753863
Memphis, TN 38175

Cassels Brock
2100 Scotia Plaza
40 King Street W
Toronto, ON M5H
3C2
CANADA

Christine Huynh
401 Des Moines
Webster City, IA 50595

Curtis Johnson
613 CEDAR ST
Webster City, IA 50595

Davies Collison
Cave Law Pty Ltd
Trust A
1 Nicholas Street
Melbourne, VIC 3000
AUSTRALIA

Alana Heber
c/o Foodmix Marketing Communications
103 West Arthur Street
Elmhurst, IL 60126

Hutcheson Engineering Products Inc.
6405 John J Pershing Dr
Omaha, NE 68112

Rick Dahlson
c/o Jackson Walker LLP
P.O. Box 130989
Dallas, TX 75313-0989

Johnstone Supply Billing Dept.
2701 Ford St
Ames, IA 50010

Katie Olson
1610 Haven Place
Allen, TX 75002

Norman McCowan
401 Des Moines
Webster City, IA 50595

Kyle Roggensack
c/o PWC
P.O. Box 952282
Dallas, TX 75395

Sanchez Welding
3617 Hendrick Dr.
Plano, TX

William Turk
5621 Valhalla Drive
North Richland Hills, TX 76180

Charles Stein
509 Pleasant St
Webster City, IA 50595