# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>VeroBlue Farms USA, Inc., *et. al.*,<br><br>Debtors. | Case No. 18-01297<br><br>Chapter 11 |

### NOTICE OF BAR DATE FOR OBJECTION
### TO DISCLOSURE STATEMENT (Doc. 192)

### NOTICE OF HEARING ON APPROVAL OF CHAPTER 11
### DISCLOSURE STATEMENT (Doc. 192)

Notice is hereby given that the undersigned has filed with the Court a Proposed Plan of Reorganization (Doc. 191) and a PROPOSED DISCLOSURE STATEMENT (Doc. 192) in connection with such Plan. A copy of the PLAN and the DISCLOSURE STATEMENT are available from the undersigned or may be inspected at the office of the Clerk of the above-entitled court at the United States Courthouse, Sixth Floor, 111 7th Ave., Cedar Rapids, IA 52401. A copy of the DISCLOSURE STATEMENT can be obtained by sending an e-mail request to Hannah@ABLSonline.com with the words "VeroBlue Disclosure" in the Subject Line of the e-mail.

Persons with a PACER account may view the proposed DISCLOSURE STATEMENT (Doc. 192) and proposed PLAN (Doc. 191 & Supporting Document (Doc. 193) online at http://ecf.ianb.uscourts.gov.  (If the disclosure statement is approved by the Bankruptcy Court and unless the Bankruptcy Court orders otherwise, the disclosure statement, plan, ballots and notice of the deadline to accept or reject the plan will be sent to all creditors and equity holders.)

NOTICE IS GIVEN THAT the bar date for objections to the PROPOSED DISCLOSURE STATEMENT (Doc. 192) must be filed with the clerk of the United States Bankruptcy Court no later than the 9th day of January 2019, with copies of the objections served on:

| | |
|---|---|
| Office of the United States Trustee<br>210 Walnut Street Ste. 793<br>Des Moines, IA 50309-2108 | Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| Thomas R. Fawkes<br>Goldstein & McClintock, LLLP<br>111 W. Washington St., Suite 1221<br>Chicago, Illinois 60602 | Dan Childers<br>Elderkin & Pirnie, PLC<br>316 Second Street SE, Suite 124<br>PO Box 1968<br>Cedar Rapids, IA 52406-1968 |

ANY OBJECTIONS TO THE DISCLOSURE STATEMENT MUST BE IN WRITING AND SPECIFY WHICH PORTIONS OF THE DISCLOSURE STATEMENT ARE INCOMPLETE, MISLEADING, ERRONEOUS, OR OTHERWISE OBJECTIONALBE AND be filed with the Clerk of the United States Bankruptcy Court, United States Courthouse, Sixth Floor, 111 7th Ave., Cedar Rapids, IA 52401.

PLEASE FURTHER TAKE NOTICE THAT IF YOU FAIL TO OBJECT THE PROPOSED DISCLOSURE STATEMENT MAY BE APPROVED WITHOUT FURTHER NOTICE TO YOU.

FURTHER TAKE NOTICE that a hearing will be held on the 14th day of January 2019 at 10:30 a.m. in the Bankruptcy Courtroom located in United States Courthouse, Sixth Floor, 111 7th Ave., Cedar Rapids, IA 52401 for the purpose of determining if the PROPOSED DISCLOSURE STATEMENT is adequate pursuant to 11 U.S.C. § 1125.

The above described hearing may be adjourned from time to time by oral announcement at the hearing without further written notice.

Dated: December 12, 2018

Respectfully submitted,
AG & BUSINESS LEGAL STRATEGIES


/s/ Joseph A. Peiffer
Joseph A. Peiffer AT0006160
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone: (319) 363-1641
FAX: (319) 200-2059
E-mail: joe@ABLSonline.com


Dan Childers
Elderkin & Pirnie, PLC
316 Second Street SE, Suite 124
PO Box 1968
Cedar Rapids, IA 52406-1968

ATTORNEYS FOR THE DEBTORS