UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 18-01297F |
| VEROBLUE FARMS USA, INC., ET AL., | ) | |
| | ) | |
| | ) | AMENDED |
| | ) | NOTICE OF APPOINTMENT |
| Debtors. | ) | OF CREDITORS' COMMITTEE |

The Acting United States Trustee hereby amends the previous appointment to make the following substitution of members to the blended[1] unsecured creditors committee:

Added member: Great America Financial Services Corp. (Attn: Peggy Upton), 625 1st St., Ste. 800, Cedar Rapids, IA 52401. A 20 largest creditor of VeroBlue Farms USA, Inc. Great America Financial Services Corp. is hereby added as a member to the committee.

Removed member: William John Turk, 5621 Valhalla Drive, North Richland Hills, TX 76180. A 20 largest creditor of VeroBlue Farms USA, Inc. Mr. Turk is hereby removed as a member of the committee.

To ensure adequate representation of the scheduled unsecured creditors, the United States Trustee continues to

---

[1] This estate is jointly administered with VBF Operations, Inc. (18-01298), VBF Transport, Inc. (18-01299), VBF IP, Inc. (18-01300), and Iowa's First, Inc. (18-01301). The purpose of the blended and consolidated committee is to streamline the committee's deliberative process and reduce administrative expenses for the collective estates.

1

reserve the right to add or remove committee members.

Dated this 7th day of January, 2019.

**James L Snyder**
Acting United States trustee
Region 12

By:/s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph:(515)323-2269
Ashley.Zubal@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on January 7, 2019:

Committee members
Dan Childers
Joseph A. Peiffer
Parties requesting notice pursuant to Bankruptcy Rule 2002
Parties receiving electronic service via CM/ECF

*/s/ Jennifer L. Cline*
Jennifer L. Cline
Paralegal Specialist