IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| VEROBLUE FARMS USA, INC., | ) |
| | ) Bankruptcy No. 18-01297 |
| Debtor. | ) |

Date of Hearing:   January 14, 2019

APPEARANCES:

For Debtor and Alex Moglia: Joseph Peiffer and Dan Childers
Parties-in-Interest:   Kristina Stanger and Thomas Fawkes for Official Committee of Unsecured Creditors; John Walker, Jr., John W. Guzzardo and Aaron Hammer for Ad Hoc Committee of Equity Holders of VeroBlue Farms; Eric Lam and Michael Pankow for Alder Aqua, Ltd.; and Steve Swift for Broadmoor Financial L.P.
U.S. Trustee:   Janet Reasoner

NATURE OF PROCEEDING:        X   In Court        ___ Telephonic

 Disclosure Statement

IT IS ORDERED THAT:

Debtor will be filing Amended Disclosure Statement after circulation and approval by the parties.

Dated and Entered   January 16, 2019

_____
Thad J. Collins, Bankruptcy Judge