# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| VEROBLUE FARMS USA, INC., ET AL., | Case No. 18-01297 |
| Debtors. | **Hearing Set: January 24, 2019 at 1:30 p.m.** |

## EXPEDITED CONSENT MOTION TO CONTINUE HEARING ON 1/24/2019 RE: OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION FOR ORDER EXTENDING TIME TO FILE A MOTION FOR STANDING TO FILE AND PROSECUTE ADVERSARY COMPLAINT

The Official Committee of Unsecured Creditors (the "***Committee***") appointed in the above-captioned bankruptcy cases, by its undersigned counsel, hereby moves on an expedited and consensual basis (the "***Consent Motion***") to continue the hearing set for **tomorrow January 24, 2019** [Docket No. 260] on the Court's consideration of the Committee's Motion for Entry of an Order Extending the Committee's Time to File a Motion for Standing to File, Prosecute and Settle Claims and Causes of Action (the "***Motion to Extend Time for Standing***") [Docket No. 240]. In support of this Consent Motion, the Committee respectively states as follows:

1. Following procedures set forth in the DIP Order and based on subsequent actions of the parties, January 11, 2019 was the deadline for the Committee to file its Motion for Standing to File, Prosecute and Settle Claims and Causes of Action against certain named potential parties.

2. On January 11, 2019, the Committee filed its Motion to Extend Time for Standing.[1] [Docket No. 240].

---

[1] Defined terms from the Motion to Extend Time for Standing are adopted as if fully stated herein unless otherwise defined.

1

3. The Court set a telephonic hearing on the Motion to Extend Time for Standing for January 24, 2019, at 1:30 p.m. [Docket No. 260].

4. The parties have continued good faith settlement negotiations and voluntary discovery since the Committee's filing of the Motion to Extend Time for Standing and Disclosure Statement hearing. The Committee believes these discussions and further factual disclosures have been very helpful in consideration of the necessity of filing for standing or pursing causes of action contemplated in the Motion to Extend Time for Standing.

5. Further, Committee's counsel is unavailable for the telephonic hearing due to a previously scheduled Confirmation Hearing in another matter in Ohio.

6. Following consultation with counsel for the Debtors, Alder Aqua, Ltd., Broadmore Financial, L.P., the Ad Hoc Equity Committee and the United States Trustee, the Committee has received consent from these parties to seek a short extension (of one week) on the hearing on the Motion to Extend Time.

7. Subject to the Court's willingness and availability, the Committee, with consent of the parties noted herein, seek leave of the Court to reschedule the hearing to the week of January 28, 2019 and issue a new Notice of Hearing.

**WHEREFORE**, the Committee respectfully requests that the Court reschedule the hearing set for January 24, 2019 and grant such other further relief as the Court may deem just and equitable in the circumstances.

Dated: January 23, 2019                    Respectfully submitted,

                                           By: *Kristina M. Stanger*
                                           Kristina M. Stanger
                                           Nyemaster Goode PC
                                           700 Walnut Street, Suite 1600

>Des Moines, IA  50309
>Phone:  (515) 283-8009
>Fax:  (515) 283-9045
>E-mail:  kmstanger@nyemaster.com
>
>**-** and -
>
>Thomas R. Fawkes (*pro hac vice*)
>Daniel C. Curth
>Jeffrey M. Goldberg (*pro hac vice*)
>GOLDSTEIN & MCCLINTOCK LLLP
>111 West Washington St., Suite 1221
>Chicago, IL  60602
>Phone: 312.337.7700
>Fax: 312.277.2305
>E-mail:  tomf@goldmclaw.com
>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VEROBLUE FARMS USA, INC.,** *et al.*

## **CERTIFICATE OF SERVICE**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ESF's notice of electronic filing on January 23, 2019.

>　　　　 /s/ *Kristina M. Stanger*　　　　

3