IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al*<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 18-01297<br><br>**ORDER GRANTING DEBTORS' MOTION PURSUANT TO F.R.B.P. 2019 TO BAR AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS FROM PARTICIPATING IN THE CASE (Doc. 349)** |

The Court held a hearing on the Debtors' Motion to Bar Ad Hoc Committee of Equity Security Holders from Participating in the Case (Doc. 349) filed on March 6, 2019 on March 13, 2019 and concluded the hearing on March 18, 2019. The following counsel appeared at the March 13th and March 18th hearings:

| Counsel | Dates | Party Represented |
|---|---|---|
| Dan Childers | 3/13 & 3/18 | Debtors |
| Joseph A. Peiffer | 3/13 & 3/18 | Debtors |
| Holly Logan | 3/13 | Debtors |
| Julie Johnson McLean (phone) | 3/18 | Debtors |
| Ashley Zubal | 3/13 & 3/18 | Office of the United States Trustee |
| John Guzzardo | 3/13 & 3/18 | Ad Hoc Comm. of Equity Security Holders |
| Jordan Talsma | 3/13 & 3/18 | Ad Hoc Comm. of Equity Security Holders |
| Jeffrey Taylor | 3/13 | Broadmoor Financial, LP |
| Stephen Swift | 3/18 | Broadmoor Financial, LP |
| Kelly Srobisher (phone) | 3/18 | Broadmoor Financial, LP |
| Thomas Fawkes | 3/13 | Unsecured Creditors Committee |
| Thomas Fawkes (phone) | 3/18 | Unsecured Creditors Committee |
| Kristina Stanger | 3/13 | Unsecured Creditors Committee |
| Michael Pankow | 3/13 & 3/18 | Alder Aqua, Ltd. |
| Eric W. Lam | 3/13 & 3/18 | Alder Aqua, Ltd. |
| Ron Martin | 3/13 | Amstar Acquisitions, LLC |

| | | |
|---|---|---|
| Ron Martin | 3/18 | Amstar Group, LLC |
| Sterling LeBeouf | 3/18 | Amstar Group, LLC. |
| Laura Hyer (on phone) | 3/13 & 3/18 | SNB Farms Partnership |

The Court heard testimony on March 13, 2019 and heard arguments from counsel on both dates and considered additional pleadings that were filed by the parties between the hearing dates. The Court entered its finding on the record on March 18, 2019 and granted the Debtors' Motion (Doc. 349). This Court found that the Ad Hoc Committee of Equity Security Holders had not fulfilled its duties under Federal Rule of Bankruptcy Procedure 2019 and was not entitled to participate further in these bankruptcy proceedings.

WHEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Ad Hoc Committee of Equity Security Holders shall not be recognized and shall be barred from participation in these bankruptcy proceedings after its appearance at the March 18, 2019 hearing.

IT IS FURTHER ORDERED that individual or corporate shareholders may participate in these bankruptcy proceedings as is contemplated by the bankruptcy code and Federal Rules of Bankruptcy Procedure.

Dated and Entered:
March 19, 2019

_____
Thad J. Collins, Chief Bankruptcy Judge
Northern District of Iowa

Order Prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
Attorney for Debtors