# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VeroBlue Farms USA *et al.*,<br><br>Debtor. | Chapter 11<br>Case No. 18-01297<br><br>NOTICE OF CORRECTED CREDITOR ADDRESS |

COMES NOW Counsel for the Debtor and hereby submits a change of address for the Creditor as set forth below.

1. <u>DELETE THE FOLLOWING ADDRESSES</u>:

Capitol Corporate Services, Inc.
PO Box 1831
Austin, TX 78767

2. <u>ADD THE FOLLOWING ADDRESSES</u>:

Capitol Corporate Services, Inc.
Attn: Jason Fischer
2016 E 9th St., Ste 1300
Austin, TX 78701

Dated this 29th day of March, 2019.

                                                Respectfully submitted,

                                                AG & BUSINESS LEGAL STRATEGIES

                                                <u>/s/ Joseph A. Peiffer</u>
                                                Joseph A. Peiffer AT0006160
                                                P.O. Box 11425
                                                Cedar Rapids, Iowa 52410-1425
                                                Telephone: (319) 363-1641
                                                FAX: (319) 200-2059
                                                E-mail: joe@ablsonline.com
                                                ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 29th day of March 2019, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

    Signed: /s/ Jeffrey Brookens