UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re | ) | Case No. 18-01297-tjc11 |
| | ) | |
| **VEROBLUE FARMS USA, INC.** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hon. Thad J. Collins |
| | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| EIN: 47-1778334 | ) | No Hearing Set |

PLEASE TAKE NOTICE that the undersigned appears as Local Counsel for Keith Driver, a creditor in the underlying bankruptcy case entitled above, and pursuant to Bankruptcy Rules 2002 and 9010, demands that all notices given or required to be given in this bankruptcy proceeding and all papers served or required to be served in this bankruptcy proceeding be given to and served upon the following at the addresses and telephone numbers set forth below.

    Jeffrey D. Goetz, Esq.
    Krystal R. Mikkilineni, Esq.
    Bradshaw, Fowler, Proctor & Fairgrave P.C.
    801 Grand Ave, Suite 3700
    Des Moines, IA 50309
    515/246-5870
    515/246-5808 FAX
    goetz.jeffrey@bradshawlaw.com
    mikkilineni.krystal@bradshawlaw.com

    and

    Scott Larsen, Esq.
    Bell Nunnally Law Firm
    2323 Ross Avenue, Suite 1900
    Dallas, TX 75201
    214/740-1468
    214/740-5768 FAX
    slarson@bellnunnally.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced bankruptcy proceeding.

DATED:  April 1, 2019.

>*/s/     Krystal R. Mikkilineni*
> Jeffrey D. Goetz, Esq. AT0002832
> Krystal R. Mikkilineni, Esq.  AT0011814
> Bradshaw Fowler Proctor & Fairgrave, PC
> 801 Grand Avenue, Suite 3700
> Des Moines, IA 50309-8004
> 515/246-5870
> 515/246-5808 FAX
> goetz.jeffrey@bradshawlaw.com
> mikkilineni.krystal@bradshawlaw.com
>
> Local Counsel for Keith Driver
>
> */s/ Scott Larson*
> Scott Larson, Esq.
> Bell Nunnally Law Firm
> 2323 Ross Avenue, Suite 1900
> Dallas, TX 75201
> 214/740-1468
> 214/740-5768 FAX
> slarson@bellnunnally.com
>
> Counsel for Keith Driver

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. */s/  Barbara Warner*