# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br>VEROBLUE FARMS USA, INC. ET AL.,<br>  Debtor. | Chapter 11<br>Case No. 18-01297<br><br>CERTIFICATE OF SERVICE |

COME NOW the Debtors and hereby file this Certificate of Service. The documents listed in paragraphs 1 through 6 were served by First Class US Mail postage pre-paid on March 29, 2019 to the following party due to an updated creditor address (Doc 416):

> Capitol Corporate Services, Inc.
> Attn: Jason Fischer
> 2016 E 9th St., Ste 1300
> Austin, TX 78701

1. Cover letter to creditors regarding case status and enclosing ballot.

2. Ballot for accepting or rejecting Plan of Reorganization.

3. Letter from The Official Committee of Unsecured Creditors.

4. Amended Joint Chapter 11 Plan of Reorganization (Doc 364).

5. Disclosure Statement for Amended Joint Chapter 11 Plan (Doc 365).

6. Order Approving Amended Disclosure Statement (Doc 389).

*(The remainder of this page is intentionally left blank)*

Dated this 2nd day of April, 2019.

                                          Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/ Joseph A. Peiffer
Joseph A. Peiffer AT0006160
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone: (319) 363-1641
FAX: (319) 200-2059
E-mail: joe@ablsonline.com
ATTORNEY FOR DEBTORS