## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| VEROBLUE FARMS USA, INC., ET AL., | Case No. 18-01297 |
| Debtors. | |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  Ad Hoc Committee of Equity Security Holders

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary
Proceeding. N/A

For appeals in a bankruptcy case and
not in an adversary proceeding.

Plaintiff
Defendant
Other (describe)

Debtor
Creditor
Trustee
**x Other (describe):**
Party in interest.
Ad Hoc Committee of Equity Security
Holders of VeroBlue Farms and its
subsidiaries and affiliates.

## Part 2: Identify the subject of this appeal

1. Describe the judgement, order, or decree appealed from:

Amended Order Granting Debtor's Motion Pursuant to F.R.B.P. 2019 To Bar Ad Hoc

Committee of Equity Security Holders From Participating in the Case, attached hereto as **Exhibit**

**1.**

2. State the date on which the judgment, order or decree was entered:

March 22, 2019 (Dkt. No. 398)

# Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names addresses, and telephone numbers of their attorneys.

| | |
|---|---|
| 1.  VEROBLUE FARMS USA, INC. | Joseph A. Peiffer<br>**AG & BUSINESS LEGAL STRATEGIES**<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425<br>1350 Boyson Road, Suite A-1<br>Hiawatha, IA 52233-2211<br>Telephone: (319) 363-1641<br><br>Dan Childers<br>**ELDERKIN & PIRNIE, PLC**<br>PO Box 1968<br>316 Second St. SE, Suite 124<br>Cedar Rapids, IA 52406-1968<br>Telephone: (319) 362-2137 |
| 2.  ALDER AQUA, LTD. | Eric W. Lam<br>**SIMMONS PERRINE MOYER BERGMAN PLC**<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 5240I<br>Tel: (319) 366-7641<br><br>Abram V. Carls<br>**SIMMONS PERRINE MOYER BERGMAN PLC**<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401<br>Tel: (319) 366-7641<br><br>Michael Pankow<br>**BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br>410 Seventeenth Street, Suite 2200<br>Denver, Colorado 80202<br>Tel: (303) 223-1106 |
| 3.  AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS OF VEROBLUE FARMS AND | Aaron L. Hammer<br>**HORWOOD MARCUS & BERK CHARTERED**<br>500 W. Madison Street, Suite 3700<br>Chicago, IL 60661 |

4757025/1/18753.000

ITS SUBSIDIARIES AND
AFFILIATES

Tel: (312) 606-3200

John W. Guzzardo
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison Street, Suite 3700
Chicago, IL 60661
Tel: (312) 606-3200

Stavros S. Giannoulias
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison Street, Suite 3700
Chicago, IL 60661
Tel: (312) 606-3200

John R. Walker
**BEECHER, FIELD, WALKER, MORRIS,
HOFFMAN & JOHNSON, P.C.**
Court Square Building
620 Lafayette St., Suite 300
P.O. Box 178
Waterloo, IA 50704
Tel: (319) 234-1766

## Part 4: Optional election to have appeal heard by District Court (applicable only to certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 258(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

**Appellant elects to have this matter heard by the Bankruptcy Appellate Panel.**

4757025/1/18753.000

## Part 5: Sign below

Dated:  April 4, 2019                              Respectfully submitted,

**The Ad Hoc Committee of Equity Security
Holders of VeroBlue Farms and its subsidiaries
and affiliates**

By:   ___/s/ Aaron L. Hammer_____
         One of Its Attorneys

John R. Walker
Beecher, Field, Walker, Morris, Hoffman
& Johnson, P.C.
Court Square Building
620 Lafayette St., Suite 300
P.O. Box 178
Waterloo, IA 50704
Phone: (319) 234-1766
jwalker@beecherlaw.com

**-** and -

Aaron L. Hammer
John W. Guzzardo
Stavros S. Giannoulias
Horwood Marcus & Berk Chartered
500 W. Madison, Suite 3700
Chicago, IL 60661
Phone: (312) 606-3200
ahammer@hmblaw.com
jguzzardo@hmblaw.com
sgiannoulias@hmblaw.com

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel of record hereby certifies that he caused a copy of the foregoing

**NOTICE OF APPEAL AND STATEMENT OF ELECTION** to be filed with the U.S.

Bankruptcy Court for the Northern District of Iowa the 4th day of April, 2019.  Notice and a copy

of this filing will be served upon all counsel of record by operation of the Court's CM/ECF

electronic filing system.

By: /s/ Aaron L. Hammer

4757025/1/18753.000