IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 18-01297<br><br>Honorable Thad J. Collins<br><br>**FISHDISH, LLC'S WITNESS AND EXHIBIT LISTS**<br><br>Hearing Date: April 17, 2019<br>Time: 10:00 a.m. |

Fish Dish, LLC, et al. ("FishDish" or "Debtors"), by and through the undersigned counsel, respectfully submit this Witness and Exhibit List for the April 17, 2019 Final Confirmation Hearing for the Amended Plan (Doc. #364).

## WITNESSES

1. John Hawkins – Mayor, City of Webster City.

2. Zach Chizek – City Attorney, City of Webster City.

3. Ken Wetzler – Director of Public Works, City of Webster City.

4. Mark Nelson.

5. Any witnesses designated by any other party.

6. Any witnesses called for rebuttal and/or impeachment.

FishDish, LLC reserves the right to call any witness identified or called by any other objectors, creditors or the Debtors.

## EXHIBIT LIST

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | City Council Meeting Agenda, Webster City, Iowa – dated September 4, 2018 | | | | | | |
| 2 | City Council Meeting Minutes – dated September 4, 2018 | | | | | | |
| 3 | City Council Meeting Agenda, Webster City, Iowa – dated September 17, 2018 | | | | | | |
| 4 | City Council Meeting Minutes – dated September 17, 2018 | | | | | | |
| 5 | City Council Meeting Agenda, Webster City, Iowa – dated October 1, 2018 | | | | | | |
| 6 | City Council Meeting Minutes – dated October 1, 2018 | | | | | | |
| 7 | Webster City, Iowa Organizational Chart | | | | | | |
| 8 | Davis, Brown, Koehn, Shors & Roberts, P.C. Fee Application – dated February 20, 2019 | | | | | | |
| 9 | Several digital photographs of Debtors' fish culling efforts, taken by M. Nelson | | | | | | |
| 10 | Notice of Challenge to Broadmoor Lien and Broadmoor Secured Debt and Additional Claims and Causes of Action Identified by Committee, December 19, 2018 | | | | | | |
| 11 | April 2019 Application of Thompson Coburn LLP for Compensation as Special Litigation Counsel for Debtors-In-Possession (through April 8, 2019) | | | | | | |
| 12 | Any pleading(s), document(s) or notice(s) on the docket of the Bankruptcy Cases | | | | | | |
| 13 | Any exhibit as designated by any other party | | | | | | |
| 14 | Any exhibits used for rebuttal and/or impeachment | | | | | | |

**NOTE:** Per Local Bankruptcy Rules, marked exhibits should be hand-delivered to the Court Recorder prior to the Trial or Hearing.

4770200/2/18984.000

FishDish, LLC reserves the right to introduce any previously admitted exhibits from previous hearings, and exhibits listed by any other objector, creditor or the Debtors.

Dated:  April 12, 2019                     Respectfully submitted,

**FISHDISH LLC**

By: /s/ Aaron L. Hammer
      One of Its Attorneys

John R. Walker
Beecher, Field, Walker, Morris, Hoffman
& Johnson, P.C.
Court Square Building
620 Lafayette St., Suite 300
P.O. Box 178
Waterloo, IA 50704
Phone: (319) 234-1766

- and -

Aaron L. Hammer
John W. Guzzardo
Stavros S. Giannoulias
Horwood Marcus & Berk Chartered
500 W. Madison, Suite 3700
Chicago, IL 60661
Phone: (312) 606-3200
ahammer@hmblaw.com
jguzzardo@hmblaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that he caused a copy of the foregoing **FISHDISH, LLC'S WITNESS AND EXHIBIT LISTS** to be filed with the U.S. Bankruptcy Court for the Northern District of Iowa the 12th day of April, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By: /s/ Aaron L. Hammer