IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al*<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 18-01297<br><br>**MINOR MODIFICATIONS TO PLAN** |

COMES NOW VeroBlue Farms USA, Inc. (it and other Debtors in this case are, for ease of reference, referred to as the "Debtor"), by and through counsel, pursuant to Bankruptcy Code section 1127(b):

1. Sections 5.01, 5.02, 5.03(a), 5.03(b), and 5.03(c) of the Plan are amended to provide that the holder of the applicable Holder of the Allowed Claim will be paid in full in Cash on the Effective Date of the Plan or as soon thereafter as practicable.

2. The following sentence shall be added to the end of Section 9.15: "For the avoidance of doubt, Section 9.15 does not apply to the claims of any party to the litigation pending as 19-CV-764 in the United States District Court for the Northern District of Texas, provided that such party does not receive payment or distribution under the Plan.

3. Section 9.14 of the Plan is amended by deletion of the following phrase: "OR ON BEHALF OF THE HOLDER OF ANY CLAIM OR EQUITY INTEREST OR OTHER ENTITY."

4. In addition, the following sentence shall be added to the end of Section 9.14: "Notwithstanding any provision in the Plan, upon entry of the Confirmation Order, parties in the litigation pending as 19-CV-764 in the United States District Court for the Northern District of Texas may, to the full extent the Bankruptcy Code permits, plead any and all

defenses for an amount up to but not exceeding any recovery that may be obtained by the Debtors, without prejudice to each parties' rights to dispute such claims."

5. All references to "Debtor Releasees" in the Plan shall refer to "Debtor Released Parties," and vice versa. The definition of Debtor Releases shall be amended with the addition of "Rick Sheriff" to the final sentence immediate after "Robert Goodman" and before "or any affiliate of the foregoing.

Dated: April 18, 2019.

> AG & BUSINESS LEGAL STRATEGIES
>
> Joseph A. Peiffer
> P.O. Box 11425
> Cedar Rapids, IA 52410-1425
> 1350 Boyson Road, Suite A-1
> Hiawatha, IA 52233-2211
> Telephone: (319) 363-1641
> Facsimile: (319) 200-2059
> Email:  joe@ablsonline.com
>
>   - and -
>
> ELDERKIN & PIRNIE
>
> /s/ Dan Childers_____
> Dan Childers
> 316 Second Street SE, Suite 124
> P.O. Box 1968
> Cedar Rapids, IA  52401
> Telephone: (319) 362-2137
> Facsimile: (319) 362-1640
> Email:  dchilders@elderkinpirnie
>
> *Counsel for the Debtors*

19117706