IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al*<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 18-01297<br><br>**AMENDED AND RESTATED MINOR MODIFICATIONS TO PLAN** |

COMES NOW VeroBlue Farms USA, Inc. (it and other Debtors in this case are, for ease of reference, referred to as the "Debtor"), by and through counsel, pursuant to Bankruptcy Code section 1127(b):

1. Sections 5.01, 5.02, 5.03(a), 5.03(b), and 5.03(c) of the Plan are amended to provide that the holder of the applicable Holder of the Allowed Claim will be paid in full in Cash on the Effective Date of the Plan or as soon thereafter as practicable.

2. The following sentence shall be added to the end of Section 9.15: "For the avoidance of doubt, Section 9.15 does not apply to any party to the litigation pending as 19-CV-764 in the United States District Court for the Northern District of Texas, provided that such party does not receive payment or distribution under the Plan.

3. Section 9.14 of the Plan is amended by deletion of the following phrase: "OR ON BEHALF OF THE HOLDER OF ANY CLAIM OR EQUITY INTEREST OR OTHER ENTITY."

4. In addition, the following sentence shall be added to the end of Section 9.14: "Notwithstanding any provision in the Plan, upon entry of the Confirmation Order, parties in the litigation pending as 19-CV-764 in the United States District Court for the Northern District of Texas may, to the full extent the Bankruptcy Code permits, plead any and all

defenses for an amount up to but not exceeding any recovery that may be obtained by the Debtors, without prejudice to each parties' rights to dispute such claims."

5. All references to "Debtor Releasees" in the Plan shall refer to "Debtor Released Parties," and vice versa. The definition of Debtor Releasees shall be amended with the addition of "Rick Sheriff" to the final sentence immediate after "Robert Goodman" and before "or any affiliate of the foregoing."

Dated:  May 3, 2019 (reflecting changes announced in Court on April 18, 2019).

AG & BUSINESS LEGAL STRATEGIES

Joseph A. Peiffer
P.O. Box 11425
Cedar Rapids, IA 52410-1425
1350 Boyson Road, Suite A-1
Hiawatha, IA 52233-2211
Telephone: (319) 363-1641
Facsimile: (319) 200-2059
Email:  joe@ablsonline.com

   - and -

ELDERKIN & PIRNIE

/s/ Dan Childers_____
Dan Childers
316 Second Street SE, Suite 124
P.O. Box 1968
Cedar Rapids, IA  52401
Telephone: (319) 362-2137
Facsimile: (319) 362-1640
Email:  dchilders@elderkinpirnie

*Counsel for the Debtors*