## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| VEROBLUE FARMS USA, INC., ET AL., | Case No. 18-01297 |
| Debtors. | |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  **FishDish, LLP**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary Proceeding. N/A | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| Plaintiff | Debtor |
| Defendant | **x– Creditor/Preferred Equity Shareholder** |
| Other (describe) | Trustee |
| | Other (describe): |
| | Party in interest. |

**Part 2: Identify the subject of this appeal**

1. Describe the judgement, order, or decree appealed from:

Bench Orders Confirming Chapter 11 Plan (April 22, 2019 / Dkt No. 495) and the following related Orders attached hereto as **GROUP EXHIBIT A**:

| TITLE | DATE ENTERED | DOCKET NO. |
|---|---|---|
| Order Approving Amended Disclosure Statement | March 20, 2019 | DOCKET NO. 389 |
| Order Denying Protective Motion of the Ad Hoc Committee for Entry of Order Confirming Standing To File and Prosecute Adversary Complaint Against Broadmoor Financial, L.P., Amstar Group, LLC, Adler Aqua, Ltd., Otto Happel, Jens Haarkoetter, | April 3, 2019 | DOCKET NO. 421 |

| TITLE | DATE ENTERED | DOCKET NO. |
|---|---|---|
| Eva Happel Ebstein, Norman McCowan and Bjorn Thelander | | |
| Order Denying Motion of Preferred Equity Shareholder FishDish, LLC for Leave to Initiate Limited Discovery and for Extension of Plan Objection Deadline and the Plan Confirmation Hearing | April 16, 2019 | DOCKET NO. 473 |
| Proceeding Memo/Order - On the record made at the hearing held on April 17, 2018, FishDish, LLC's Objection to Broadmoor Finance, LC's Claims | April 18, 2019 | DOCKET NO. 483 |

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names addresses, and telephone numbers of their attorneys.

1. VEROBLUE FARMS USA, INC.

    Joseph A. Peiffer
    **AG & BUSINESS LEGAL STRATEGIES**
    P.O. Box 11425
    Cedar Rapids, IA 52410-1425
    1350 Boyson Road, Suite A-1
    Hiawatha, IA 52233-2211
    Telephone: (319) 363-1641

    Dan Childers
    **ELDERKIN & PIRNIE, PLC**
    PO Box 1968
    316 Second St. SE, Suite 124
    Cedar Rapids, IA 52406-1968
    Telephone: (319) 362-2137

2. ALDER AQUA, LTD.

    Eric W. Lam
    **SIMMONS PERRINE MOYER BERGMAN PLC**
    115 Third Street SE, Suite 1200
    Cedar Rapids, IA 5240I
    Tel: (319) 366-7641

    Abram V. Carls
    **SIMMONS PERRINE MOYER BERGMAN PLC**
    115 Third Street SE, Suite 1200
    Cedar Rapids, IA 52401
    Tel: (319) 366-7641

2

|  |  |
|---|---|
|  | Michael Pankow<br>**BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br>410 Seventeenth Street, Suite 2200<br>Denver, Colorado 80202<br>Tel: (303) 223-1106 |
| 3. BROADMOOR FINANCIAL L.P. | Jeffrey P. Taylor<br>**KLINGER, ROBINSON & FORD, L.L.P.**<br>401 Old Marion Road NE<br>P.O. Box 10020<br>Cedar Rapids, IA 52410-0020<br>Tel: (312) 395-7400 |
|  | Kelsey N. Frobisher<br>**FOULSTON SIEFKIN LLP**<br>1551 N. Waterfront Pkway., Suite 100<br>Wichita, KS 67206<br>Tel: (316) 291-9518 |
|  | Shannon D. Wead<br>**FOULSTON SIEFKIN LLP**<br>1551 N. Waterfront Pkway., Suite 100<br>Wichita, KS 67206<br>Tel: (316) 291-9518 |
| 4. FISHDISH, LLC | Aaron L. Hammer<br>**HORWOOD MARCUS & BERK CHARTERED**<br>500 W. Madison Street, Suite 3700<br>Chicago, IL 60661<br>Tel: (312) 606-3200 |
|  | John W. Guzzardo<br>**HORWOOD MARCUS & BERK CHARTERED**<br>500 W. Madison Street, Suite 3700<br>Chicago, IL 60661<br>Tel: (312) 606-3200 |
|  | Stavros S. Giannoulias<br>**HORWOOD MARCUS & BERK CHARTERED**<br>500 W. Madison Street, Suite 3700<br>Chicago, IL 60661<br>Tel: (312) 606-3200 |
|  | John R. Walker |

**BEECHER, FIELD, WALKER, MORRIS,
HOFFMAN & JOHNSON, P.C.**
Court Square Building
620 Lafayette St., Suite 300
P.O. Box 178
Waterloo, IA 50704
Tel: (319) 234-1766

**Part 4: Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 258(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

**Appellant elects to have this matter heard by the Bankruptcy Appellate Panel.**

**Part 5: Sign below**

Dated: May 6, 2019

Respectfully submitted,

**FISHDISH, LLP**

By: */s/ Aaron L. Hammer*
     One of Its Attorneys

John R. Walker
Beecher, Field, Walker, Morris, Hoffman
& Johnson, P.C.
Court Square Building
620 Lafayette St., Suite 300
P.O. Box 178
Waterloo, IA 50704
Phone: (319) 234-1766
jwalker@beecherlaw.com

**-** and -

Aaron L. Hammer

4

                    John W. Guzzardo
Stavros S. Giannoulias
Horwood Marcus & Berk Chartered
500 W. Madison, Suite 3700
Chicago, IL 60661
Phone: (312) 606-3200
ahammer@hmblaw.com
jguzzardo@hmblaw.com
sgiannoulias@hmblaw.com

**CERTIFICATE OF SERVICE**

The undersigned counsel of record hereby certifies that he caused a copy of the foregoing **NOTICE OF APPEAL AND STATEMENT OF ELECTION** to be filed with the U.S. Bankruptcy Court for the Northern District of Iowa the 6th day of May, 2019.  Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By: */s/ Aaron L. Hammer*