# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>VEROBLUE FARMS USA, INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-01297 |
| AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS OF VEROBLUE FARMS and its Subsidiaries and Affiliates,<br><br>Appellant,<br><br>-against-<br><br>VEROBLUE FARMS USA, INC., ET AL.,<br><br>Appellee. | Case No. 3:19-cv-3018 |

## APPELLANT'S DESIGNATION
## OF RECORD ON APPEAL

The Ad Hoc Committee of Equity Security Holders of VeroBlue Farms and its subsidiaries and affiliates (the "Appellant"), respectfully files this Designation of Record on Appeal:

| Case Docket (18-01297) | | |
|---|---|---|
| Item No. | ECF No. | Document Description |
| 001 | 209 | Notice of Appearance and Request for Notice by John R. Walker Jr Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Walker, John) (Entered: 12/27/2018) |
| 002 | 210 | Motion to Appear pro hac vice by Stavros S. Giannoulias Filed by Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (Walker, John) (Entered: 12/27/2018) |
| 003 | 211 | Motion to Appear pro hac vice by John W. Guzzardo Filed by Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (Walker, John) (Entered: 12/27/2018) |
| 004 | 212 | Motion to Appear pro hac vice by Aaron L. Hammer Filed by Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (Walker, John) (Entered: 12/27/2018) |

| Case Docket (18-01297) | | |
|---|---|---|
| Item No. | ECF No. | Document Description |
| 005 | 219 | Order Granting Motion To Appear pro hac vice (Aaron L. Hammer) (Related Doc # 212) Dated and Entered on 1/2/2019. (tsta) (Entered: 01/02/2019) |
| 006 | 220 | Order Granting Motion To Appear pro hac vice (John W. Guzzardo) (Related Doc # 211) Dated and Entered on 1/2/2019. (tsta) (Entered: 01/02/2019) |
| 007 | 221 | Order Granting Motion To Appear pro hac vice (Stavros S. Giannoulias) (Related Doc # 210) Dated and Entered on 1/2/2019. (tsta) (Entered: 01/02/2019) |
| 008 | 228 | Letter of Good Standing from the attorneys bar association (John W. Guzzardo). Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Walker, John) Modified on 1/8/2019 (tsta). (Entered: 01/07/2019) |
| 009 | 229 | Letter of Good Standing form the attorneys Bar Association (Stavros Spiros Giannoulias) Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Walker, John) Modified on 1/8/2019 (tsta). (Entered: 01/07/2019) |
| 010 | 230 | Letter of Good Standing from the attorneys bar association (Aaron Leonard Hammer). Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Walker, John) Modified on 1/8/2019 (tsta). (Entered: 01/07/2019) |
| 011 | 232 | Notice of Appearance and Request for Notice by Stavros Giannoulias Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Giannoulias, Stavros) (Entered: 01/08/2019) |
| 012 | 233 | Notice of Appearance and Request for Notice by Aaron Hammer Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Hammer, Aaron) (Entered: 01/08/2019) |
| 013 | 234 | Notice of Appearance and Request for Notice by John W Guzzardo Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Guzzardo, John) (Entered: 01/08/2019) |
| 014 | 237 | Objection re: Disclosure Statement Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (related document(s)192 Disclosure Statement). (Attachments: # 1 Exhibit A) (Hammer, Aaron) (Entered: 01/09/2019) |
| 015 | 238 | Objection re: Disclosure Statement Filed by Creditor Committee Official Committee of General Unsecured Creditors (related document(s)192 Disclosure Statement). (Stanger, Kristina) (Entered: 01/09/2019) |
| 016 | 240 | Motion to Extend Time to to File a Motion for Standing to File and Prosecute Adversary Complaint Against Broadmoor Financial LP and Other Entities and Individuals Filed by Official Committee of |

| Case Docket (18-01297) | | |
|---|---|---|
| Item No. | ECF No. | Document Description |
| | | General Unsecured Creditors (Attachments: # 1 Proposed Order) (Stanger, Kristina) (Entered: 01/11/2019) |
| 017 | 246 | Joinder in Motion to Extend/Shorten Time and Protective Motion For Order Extending Deadline For Equity Committee Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (related document(s)240 Motion to Extend/Shorten Time). (Hammer, Aaron) (Entered: 01/13/2019) |
| 018 | 247 | Statement of Corporate Ownership filed. Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Hammer, Aaron) (Entered: 01/13/2019) |
| 019 | 248 | Certificate of Service re: Joinder Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (related document(s)246 Joinder). (Hammer, Aaron) (Entered: 01/13/2019) |
| 020 | 258 | Proceeding Memo and Order Re: Disclosure Statement (related document(s)192 Disclosure Statement) (tsta) (Entered: 01/16/2019) |
| 021 | 269 | Agreed Motion to Continue Hearing On Motion to Extend/Shorten Time on Expedited Basis Filed by Official Committee of General Unsecured Creditors (related document(s)240 Motion to Extend/Shorten Time). (Stanger, Kristina) (Entered: 01/23/2019) |
| 022 | 270 | Order Granting Motion To Continue Hearing On (Related Doc # 269) Motion to Extend Time Dated and Entered on 1/24/2019. Hearing scheduled for 1/30/2019 at 11:00 AM at Telephonic Hearing. (tsta) (Entered: 01/24/2019) |
| 023 | 288 | Motion FOR ENTRY OF ORDER CONFIRMING STANDING TO FILE AND PROSECUTE ADVERSARY COMPLAINT AGAINST BROADMOOR FINANCIAL, L.P., AMSTAR GROUP, LLC, ALDER AQUA, LTD., OTTO HAPPEL, JENS HAARKOETTER, EVA HAPPEL EBSTEIN, NORMAN MCCOWAN AND BJORN THELANDER Filed by Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hammer, Aaron) (Entered: 02/03/2019) |
| 024 | 293 | Proceeding Memo and Order RE: Motion to Extend Time to File a Motion for Standing to File Adversary Complaints and Motion for Entry of Order Confirming Standing to File Adversary Complaints Signed on 2/5/2019. (related document(s)240 Motion to Extend/Shorten Time, 288 Motion) (tsta) (Entered: 02/05/2019) |
| 025 | 307 | Modified Chapter 11 Plan . Filed by VeroBlue Farms USA, Inc. (related document(s)191 Plan). (Peiffer, Joseph) (Entered: 02/16/2019) |
| 026 | 308 | Modified Disclosure Statement Filed by VeroBlue Farms USA, Inc. (related document(s)192 Disclosure Statement). (Peiffer, Joseph) (Entered: 02/16/2019) |

4810312/1/18785.001

| Case Docket (18-01297) | | |
|---|---|---|
| Item No. | ECF No. | Document Description |
| 027 | 313 | Order Approving Amended Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof and Notice of Preliminary Confirmation Hearing Signed on 2/20/2019. (related document(s)308 Disclosure Statement) Confirmation hearing to be held on 4/3/2019 at 01:30 PM at Cedar Rapids Court Room. Last day to Object to Confirmation 3/22/2019. Deadline for Filing Ballots is 3/22/2019. Plan Proponent to File Report on Ballots by: 3/29/2019. (tsta) (Entered: 02/20/2019) |
| 028 | 338 | Stipulation and Request to Reschedule Certain Dates Filed by Creditor Alder Aqua, Ltd.. (Lam, Eric) Modified on 3/6/2019 (tsta). (Entered: 03/05/2019) |
| 029 | 341 | Hearing Set (related document(s)337 Affidavit, 338 Status Report, 339 Motion to Quash) Status Conference to be held on 3/8/2019 at 03:00 PM at Telephonic Hearing. (sgre) (Entered: 03/06/2019) |
| 030 | 350 | Order Set Hearing Signed on 3/8/2019. (related document(s)337 Objection to Subpoena filed by Amstar Acquisitions, LLC 339 Motion to Quash, 349 Motion Pursuant to F.R.B.P. 2019 to Bar Ad Hoc Committee of Equity Security Holders from Participating in the Case) Hearing scheduled for 3/13/2019 at 10:00 AM at Cedar Rapids Court Room. (tsta) (Entered: 03/08/2019) |
| 031 | 355 | Order Granting Stipulation and Request to Reschedule Certain Dates Signed on 3/11/2019. (related document(s)338 Status Report) (tsta) (Entered: 03/11/2019) |
| 032 | 356 | Statement of Corporate Ownership filed. Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hammer, Aaron) (Entered: 03/12/2019) |
| 033 | 357 | Response re: Motion Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (related document(s)349 Motion). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Hammer, Aaron) (Entered: 03/12/2019) |
| 034 | 364 | Modified Chapter 11 Plan With Agreement of Unsecured Creditor's Committee. Filed by VeroBlue Farms USA, Inc. (related document(s)191 Plan, 307 Plan). (Peiffer, Joseph) (Entered: 03/13/2019) |
| 035 | 365 | Modified Disclosure Statement With Consent of Unsecured Creditor's Committee Filed by VeroBlue Farms USA, Inc. (related document(s)192 Disclosure Statement, 308 Disclosure Statement). (Peiffer, Joseph) (Entered: 03/13/2019) |
| 036 | 372 | Statement of Corporate Ownership filed. Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hammer, Aaron) (Entered: 03/15/2019) |

4810312/1/18785.001

| Case Docket (18-01297) | | |
|---|---|---|
| Item No. | ECF No. | Document Description |
| 037 | 379 | Supplement to and Arguments in Support of Motion to Bar Ad Hoc Committee and/or Quash Discovery Filed by VeroBlue Farms USA, Inc. (related document(s)349 Motion). (Peiffer, Joseph) Modified on 3/19/2019 (tsta). (Entered: 03/18/2019) |
| 038 | 380 | Supporting Reply to Motion Filed by Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (related document(s)288 Motion). (Hammer, Aaron) (Entered: 03/18/2019) |
| 039 | 381 | Support Document re: Statement of Corporate Ownership Filed by Equity Security Holder Ad Hoc Committee of Equity Security Holders of VeroBlue Farms (related document(s)372 Statement of Corporate Ownership). (Hammer, Aaron) (Entered: 03/18/2019) |
| 040 | 386 | Order Granting Debtors' Motion Pursuant to F.R.B.P. 2019 To Bar Ad Hoc Committee of Equity Security Holders From Participating in the Case (Related Doc # 349) Dated and Entered on 3/19/2019. (tsta) (Entered: 03/19/2019) |
| 041 | 389 | Order Approving Amended Disclosure Statement (Doc 365): Fixing Time for Filing Acceptances or Rejections of Plan (Ballots); Fixing Time for Filing Objections to Confirmation of the Plan (Doc 364); Combined with Notice Thereof and Notice of Final Confirmation Hearing Signed on 3/20/2019. (related document(s)365 Disclosure Statement) Confirmation hearing to be held on 4/17/2019 at 10:00 AM at Cedar Rapids Court Room. Last day to Object to Confirmation 4/12/2019. Deadline for Filing Ballots is 4/12/2019. Plan Proponent to File Report on Ballots by: 4/12/2019. (tsta) (Entered: 03/20/2019) |
| 042 | 398 | Amended Order Granting Debtor's Motion Pursuant to F.R.B.P. 2019 To Bar Ad Hoc Committee of Equity Security Holders From Participating in the Case Signed on 3/22/2019. (related document(s)386 Generic Order) (tsta) (Entered: 03/22/2019) |
| 043 | 421 | Order Denying Protective Motion of the Ad Hoc Committee for Entry of Order Confirming Standing To File and Prosecute Adversary Complaint Against Broadmoor Financial, L.P., Amstar Group, LLC, Adler Aqua, Ltd., Otto Happel, Jens Haarkoetter, Eva Happel Ebstein, Norman McCowan and Bjorn Thelander and Providing Related Relief (Related Doc # 288) Dated and Entered on 4/3/2019. (tsta) (Entered: 04/03/2019) |
| 044 | 424 | Exhibit List for 04/17/2019 Hearing and Witness List Filed by Attorney Elderkin & Pirnie, PLC. (Childers, Dan) (Entered: 04/03/2019) |

4810312/1/18785.001

| Hearing Transcripts (18-01297) | | |
|---|---|---|
| Item No. | Date | Document Description |
| 001 | 03/13/2019 | TRANSCRIPT OF STATUS HEARING RE: DISCLOSURE STATEMENT AND APPLICATION FOR FEES FOR DAN CHILDERS (ELDERKIN & PIRNIE), JOSEPH PFEIFFER (AG & BUSINESS LEGAL STRATEGIES), ALEX MOGLIA (MOGLIA ADVISERS), AND DAVIS BROWN KOEHN SHORS AND ROBERTS, P.C. |
| 002 | 03/18/2019 | TRANSCRIPT OF MOTION FOR ENTRY OF ORDER CONFIRMING STANDING TO FILE AND PROSECUTE ADVERSARY COMPLAINT AGAINST BROADMOOR FINANCIAL, LP, AMSTAR GROUP, LLC, ALDER AQUA, LTD, OTTO HAPPEL, JENS HAARKOETTER, EVA HAPPEL EBSTEIN, NORMAN MCCOWAN AND BJORN THELANDER FILED BY AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS OF VEROBLUE FARMS; MOTION TO QUASH FILED BY VEROBLUE FARMS USA, INC.; |

Dated: May 15, 2019

Respectfully submitted,

**Ad Hoc Committee of Equity Security Holders of VeroBlue Farms and its subsidiaries and affiliates**

By: ___*/s/ Aaron L. Hammer*___
 One of Its Attorneys

John R. Walker
Beecher, Field, Walker, Morris, Hoffman & Johnson, P.C.
Court Square Building
620 Lafayette St., Suite 300
P.O. Box 178
Waterloo, IA 50704
Phone: (319) 234-1766
jwalker@beecherlaw.com

**-** and -

Aaron L. Hammer
John W. Guzzardo
Stavros S. Giannoulias
Horwood Marcus & Berk Chartered
500 W. Madison, Suite 3700
Chicago, IL 60661

Phone: (312) 606-3200
ahammer@hmblaw.com
jguzzardo@hmblaw.com
sgiannoulias@hmblaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel of record hereby certifies that he caused a copy of the foregoing **APPELLANT'S DESIGNATION ON RECORD ON APPEAL** to be filed with the U.S. Bankruptcy Court for the Northern District of Iowa the 15th day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By: */s/ Aaron L. Hammer*

4810312/1/18785.001