

Activity in Case 3:19-cv-03026-CJW-KEM In re: VeroBlue Farms USA, Inc, Debtor Bankruptcy Appeal
ndia.ecf.notification
to:
ndia.ecf.notification
05/24/2019 11:23 AM
Hide Details
From: ndia.ecf.notification@iand.uscourts.gov
To: ndia.ecf.notification@iand.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 5/24/2019 at 11:21 AM CDT and filed on 5/24/2019
**Case Name:**       In re: VeroBlue Farms USA, Inc, Debtor
**Case Number:**     3:19-cv-03026-CJW-KEM
**Filer:**           FishDish, LLP
**Document Number:** 1

**Docket Text:**
**NOTICE of Appeal from Bankruptcy Appellate Panel. Bankruptcy Court case number 19-6018. File received. (pac)**


**3:19-cv-03026-CJW-KEM Notice has been electronically mailed to:**

Dan Childers     dchilders@elderkinpirnie.com, aharrison@elderkinpirnie.com, cwhite@elderkinpirnie.com

Eric W Lam     elam@simmonsperrine.com, kcarmichael@spmblaw.com, tdomeyer@spmblaw.com

Joseph A Peiffer     joe@ablsonline.com, hannah@ablsonline.com, jeff@ablsonline.com

Jeffrey P Taylor     jtaylor@krflawfirm.com

John R Walker, Jr     chigh@beecherlaw.com, jwalker@beecherlaw.com, suzwurzer@beecherlaw.com

Abram V Carls     acarls@SPMBLAW.com, tchristophel@SPMBLAW.com

Robert H Lang      rhlang@thompsoncoburn.com, athornton@thompsoncoburn.com

Aaron L Hammer     ahammer@hmblaw.com, ecfnotices@hmblaw.com

Stavros S Giannoulias    sgiannoulias@hmblaw.com, ecfnotices@hmblaw.com

John W Guzzardo     jguzzardo@hmblaw.com, ecfnotices@hmblaw.com

**3:19-cv-03026-CJW-KEM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=5/24/2019] [FileNumber=2115829-0
] [16438714bc19cba366cca691f37123a2b8367ccbbda0f4830fc7d97805fed9b3e2f
4670d6f979826713edfcee81441653ab94687d6df2a735ee85dac4aa37c2c]]