IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 18-01297<br><br>**ORDER GRANTING DEBTORS' MOTION TO ASSUME CERTAIN EXECUTORY CONTRACTS** |
|---|---|

The Court, being presented with the Debtors' Motion to Assume Certain Executory Contracts (Doc. #475), hereby finds that good cause exists for granting the motion upon the terms set forth therein.

**IT IS THEREFORE ORDERED THAT** the Motion to Assume Certain Executory Contracts is hereby GRANTED.

Dated & Entered:

June 11, 2019

_____
United States Bankruptcy Judge