IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

IN RE: )
) Chapter 11
VEROBLUE FARMS USA, INC., )
) Bankruptcy No. 18-01297
    Debtor. )

Date of Hearing: October 18, 2019

APPEARANCES:

For Debtor: Dan Childers and Robert Lang
For Parties-In-Interest: Thomas Fawkes for Mark T. Iammartino as Trustee of VBF Trust; Brandon Schwartz and Michael Schwartz for Cassels Brock & Blackwell LLP

NATURE OF PROCEEDING: \_\_\_\_ In Court    X   Telephonic

1) Withdrawal of Claim #21 (Doc. 609)
2) Withdrawal of Claim #21 (Doc. 610)
3) Withdrawal of Claim #21 (Doc. 611)
4) Withdrawal of Claim #21 (Doc. 612)
5) Withdrawal of Claim #21 (Doc. 613)

IT IS ORDERED THAT:

The Withdrawal of Claims is GRANTED. This withdrawal does not effect any arguments to be made on jurisdiction.

Further, the withdrawal of the claims is with prejudice.

Dated and Entered   October 21, 2019

_____
Thad J. Collins, Bankruptcy Judge