# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 11<br>Bankruptcy No. |
| VeroBlue Farms USA, Inc. | 18–01297 |
| Debtor(s) |  |

## NOTICE SETTING TELEPHONIC HEARING
## ON DEBTORS' MOTION TO CLOSE CASE FOR TRUSTEE FEE PURPOSES (DOC. 368) AND OBJECTIONS THERETO

TO:
Dan Childers, Attorney for Debtor(s)

United States Trustee

Robert Lang, Attorney for Debtors

Kristina Stanger, Thomas Fawkes, and Jeffrey Goldberg, Attorneys for Official Committee of General Unsecured Creditors

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

***January 3, 2020 at 10:30 AM***

**NOTE: PLEASE USE THE FOLLOWING INSTRUCTIONS FOR THE TELEPHONE HEARING**
1. Call the toll free number: 18886848852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1297
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Date: December 6, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101