# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VEROBLUE FARMS USA, INC., ET AL., | ) | Case No. 18-01297 |
| | ) | |
| Debtor. | ) | |

## STIPULATION REGARDING CASE CLOSURE

VeroBlue Farms USA, Inc. *et al.* ("Debtors"), Mark T. Iammartino, not individually but as Trustee of the VBF Creditor Trust ("Creditor Trust"), and, the Acting United States Trustee for Region 12 ("UST") through their counsel, for their stipulation regarding case closure respectfully state:

1. Debtors filed their motion to close case for trustee fee purposes on November 13, 2019 (Doc. 638).

2. On December 4, 2019, both the UST and Creditor Trust filed objections to Debtor's motion to close (Doc. 643 and 644 respectively).

3. The Court set the matter for telephonic hearing on January 3, 2020.

4. At the conclusion of the January 3, 2020 hearing, the Court issued the Order Taking Matter under Advisement with Briefs (Doc. 647).

5. The parties reached a tentative agreement regarding case closure and the deadline for filing briefs was extended (Doc. 654).

6. The Debtors, UST, and Creditor Trust have made the following agreement regarding case closure:

    a. The Trustee will have until March 31, 2020, to file all avoidance actions.

    b. On April 1, 2020, unless the Creditor Trust has requested an extension of time, the case will be considered fully administered and the Court will enter an order closing the case.

7. In the event the Creditor Trust is unable to bring all actions prior to March 31, 2020, then the Creditor Trust may request the Court to delay entry of an order closing the case.

WHEREFORE, the Debtors now give notice to the Court that, as a result of the stipulation, the need to brief is moot as the parties consent to closure on a date and event certain, and thus the court is otherwise granting the motion.

IT IS SO STIPULATED, THROUGH COUNSEL.


DATED: __1/29/2020_____  /s/ Dan Childers_____
Dan Childers
Attorney for Debtors


DATED: ___2/07/2020_____  /s/ L. Ashley Zubal_____
L. Ashley Zubal
Trial Attorney
United States Trustee, Region 12


DATED: ___2/07/2020_____  /s/ Thomas R. Fawkes_____
Thomas R. Fawkes
Attorney for Mark T. Iammartino,
Creditor Trustee