IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br><br>Case No. 18-01297<br><br>**ORDER APPROVING STIPULATION REGARDING CASE CLOSURE** |

This matter comes before the Court upon the Stipulation Regarding Case Closure. The Court finds that the terms of the Stipulation are reasonable and should be approved.

IT IS THEREFORE ORDERED that the Stipulation Regarding Case Closure is approved. As a result of the stipulation, the need to brief the issue is moot.

Dated and Entered:

February 12, 2020

U.S. BANKRUPTCY JUDGE